UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:                                                                                      Chapter 11
MARCO POLO CAPITAL MARKETS LLC,

    Debtor.                                                              Post Confirmation Chapter 11
------------------------------------------------------------------X  Case No. 12-14870 (SCC)
MARCO POLO CAPITAL MARKETS LLC, Debtor,
and MARCO POLO NETWORK INC.,

    Plaintiffs,

                                                      Adversary Pro. No. 17-01051 (SCC)

    -against-

ATG AMERICAS TRADING GROUP S.A. (formerly
known as MARCO POLO LATIN AMERICA S.A.),
FERNANDO COHEN, ARTHUR MACHADO,
VICTRIX PARTNERS S.A., POSTALIS INSTITUTO
DE SEGURIDADE SOCIAL DOS CORREIOIS E
TELEGRAFOS, ETB FUNDO DE INVESTMENTO E
PARTICIPACOES (CVM ID NO. 379-4), BNY
MELLON SERVICOS FINANCEIROS
DISTRIBUIDORA DE TITULOS E VALORES
MOBILIARIOS S.A., THE BANK OF NEW YORK
MELLON and ZECA OLIVEIRA,

    Defendants.
------------------------------------------------------------------X

## NOTICE OF APPEAL

Marco Polo Capital Markets LLC and Marco Polo Network Inc., Plaintiffs, appeal under 28 U.S.C. § 158(a)(3) from the judgment, order, or decree of the bankruptcy judge entitled Order Terminating this Adversary Proceeding, which was entered in this adversary proceeding on December 18, 2019 (the "Order"). A copy of the Docket reflecting the Order is attached.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Appellants** | **Counsel** |
|---|---|
| MARCO POLO CAPITAL MARKETS LLC<br><br>MARCO POLO NETWORK INC. | Evan Glassman<br>Steptoe & Johnson LLP<br>1114 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 506-3900<br>Email: eglassman@steptoe.com<br><br>Michael J. Baratz*<br>Steptoe & Johnson LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>Telephone: (202) 429-3000<br>Email: mbaratz@steptoe.com<br><br>* *Pro Hac Vice* motion forthcoming |

| **Appellees** | **Counsel** |
|---|---|
| ATG AMERICAS TRADING GROUP S.A. (formerly known as MARCO POLO LATIN AMERICA S.A.) | Judd Robert Spray<br>Law Office of Judd R. Spray<br>450 Seventh Avenue<br>Ste 33rd Floor<br>New York, NY 10123<br>Telephone: 347-409-0211<br>Email: juddspray@juddspraylaw.com |
| FERNANDO COHEN | James B. Glucksman<br>Rattet PLLC<br>202 Mamaroneck Avenue<br>Suite 300<br>White Plains, NY 10601<br>Telephone: 914-381-7400<br>Email: jbglucksman@rattetlaw.com<br><br>Adam S. Kaufmann<br>Lewis Baach Kaufmann Middlemiss PLLC<br>The Chrysler Building<br>405 Lexington Avenue<br>Ste 62nd Floor<br>New York, NY 10174<br>Telephone: 212-826-7001<br>Email: adam.kaufmann@lbkmlaw.com |

|  | Tara Jordan Plochocki<br>Lewis Baach Kaufmann Middlemiss PLLC<br>1101 New York Avenue NW<br>Suite 1000<br>Washington, DC 20005<br>Telephone: 202-833-8900<br>Email: tara.plochocki@lewisbaach.com<br><br>Robert Leslie Rattet<br>Davidoff Hutcher & Citron LLP<br>605 Third Avenue<br>New York, NY 10158<br>Telephone: 212-557-7200<br>Email: rrattet@rattetlaw.com<br><br>A. Mackenna White<br>405 Lexington Avenue<br>Ste 62nd Floor<br>New York, NY 10174<br>Telephone: 212-826-7001<br>Email: mackenna.white@lbkmlaw.com |
|---|---|
| ARTHUR MACHADO | Pro Se |
| VICTRIX PARTNERS S.A. | Pro Se |
| POSTALIS INSTITUTO DE SEGURIDADE SOCIAL DOS CORREIOIS E TELEGRAFOS | Pro Se |
| ETB FUNDO DE INVESTMENTO PARTICIPACOES (CVM ID NO. 379-4) | Pro Se |
| BNY MELLON SERVICOS FINANCEIROS DISTRIBUIDORA DE TITULOS E VALORES MOBILIARIOS S.A. | Pro Se |
| THE BANK OF NEW YORK MELLON | Alison Eggers<br>Seaport East<br>Two Seaport Lane Suite 300<br>Boston, MA 02210-2028<br>Telephone: 617-946-4800<br>Email: aeggers@seyfarth.com<br><br>Steven Paradise<br>Seyfarth Shaw LLP |

| | 620 Eighth Avenue<br>New York, NY 10018<br>Telephone: 212-218-5500<br>Email: sparadise@rkollp.com |
|---|---|
| ZECA OLIVEIRA<br><br>JOSE CARLOS LOPES XAVIER DE OLIVEIRA, A/K/A/ ZECA OLIVEIRA | Pro Se |

Dated: January 2, 2020        STEPTOE & JOHNSON LLP

By:    /s/ Evan Glassman

Evan Glassman
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 506-3900
Facsimile: (212) 506-3950
Email: eglassman@steptoe.com

Michael J. Baratz*
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
Email mbaratz@steptoe.com
*Attorneys for Marco Polo Capital Markets LLC and Marco Polo Network Inc.*

* *Pro Hac Vice* motion forthcoming

# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
### Adversary Proceeding #: 17-01051-scc

*Assigned to:* Judge Shelley C. Chapman
*Lead BK Case:* 12-14870
*Lead BK Title:* Marco Polo Capital Markets, LLC
*Lead BK Chapter:* 11
*Demand:*

*Date Filed:* 04/07/17
*Date Terminated:* 12/18/19

*Nature[s] of Suit:* 14 Recovery of money/property - other
11 Recovery of money/property - 542 turnover of property

*Plaintiff*
----------------------
**Marco Polo Capital Markets LLC**

represented by **Jeffrey M. Eilender**
Schlam Stone Dolan LLP
26 Broadway
New York, NY 10004
212-344-5400
Fax : 212-344-7677
Email: jme@schlamstone.com

**Jason Koral**
New York
825 Third Avenue
Suite 230
New York, NY 10022
212-520-8270
Email: jkoral@koralfirm.com

**John Lundin**
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
(212) 344-5400
Fax : (212) 344-7677
Email: jlundin@schlamstone.com

**Steven R. Schoenfeld**
DelBello Donnellan Weingarten et al.
1 North Lexington Avenue
11th Floor
White Plains, NY 10601
914-681-0200
Fax : 914-684-0200
Email: SRS@ddw-law.com

**Joshua David Wurtzel**
Schlam Stone & Dolan LLP
26 Broadway
Ste 19th Floor
New York, NY 10004
212-344-5400
Fax : 212-644-7677
Email: jwurtzel@schlamstone.com

*Plaintiff*
----------------------
**MARCO POLO NETWORK INC**

represented by **Jeffrey M. Eilender**
(See above for address)

**Jason Koral**
(See above for address)

**John Lundin**
(See above for address)

        **Steven R. Schoenfeld**
        (See above for address)

        **Joshua David Wurtzel**
        (See above for address)

V.

*Defendant*
--------------------
**ATG AMERICAS TRADING GROUP S.A. (formerly known as MARCO POLO LATIN AMERICA S.A.)**    represented by    **Judd Robert Spray**
        Law Office of Judd R. Spray
        450 Seventh Avenue
        Ste 33rd Floor
        New York, NY 10123
        347-409-0211
        Fax : 212-244-4615
        Email: juddspray@juddspraylaw.com

*Defendant*
--------------------
**FERNANDO COHEN**    represented by    **James B. Glucksman**
        Rattet PLLC
        202 Mamaroneck Avenue
        Suite 300
        White Plains, NY 10601
        914-381-7400
        Fax : 914-381-7406
        Email: jbglucksman@rattetlaw.com

        **Adam S. Kaufmann**
        Lewis Baach Kaufmann Middlemiss PLLC
        The Chrysler Building
        405 Lexington Avenue
        Ste 62nd Floor
        New York, NY 10174
        212-826-7001
        Fax : 212-826-7146
        Email: adam.kaufmann@lbkmlaw.com

        **Tara Jordan Plochocki**
        Lewis Baach Kaufmann Middlemiss PLLC
        1101 New York Avenue NW
        Suite 1000
        Washington, DC 20005
        202-833-8900
        Email: tara.plochocki@lewisbaach.com

        **Robert Leslie Rattet**
        Davidoff Hutcher & Citron LLP
        605 Third Avenue
        New York, NY 10158
        212-557-7200
        Email: rrattet@rattetlaw.com

        **A. Mackenna White**
        405 Lexington Avenue
        Ste 62nd Floor
        New York, NY 10174
        212-826-7001
        Email: mackenna.white@lbkmlaw.com

*Defendant*
--------------------
**ARTHUR MACHADO**    represented by    **ARTHUR MACHADO**
        PRO SE

*Defendant*
----------------------
**VICTRIX PARTNERS S.A.**　　represented **VICTRIX PARTNERS S.A.**
　　　　　　　　　　　　　　　　　by PRO SE

*Defendant*
----------------------
**POSTALIS INSTITUTO DE SEGURIDADE SOCIAL DOS CORREIOIS E TELEGRAFOS**　　represented **POSTALIS INSTITUTO DE SEGURIDADE SOCIAL DOS CORREIOIS E TELEGRAFOS**
　　　　　　　　　　　　　　　　　by PRO SE

*Defendant*
----------------------
**ETB FUNDO DE INVESTMENTO E PARTICIPACOES (CVM ID NO. 379-4)**　　represented **ETB FUNDO DE INVESTMENTO E PARTICIPACOES (CVM ID NO. 379-4)**
　　　　　　　　　　　　　　　　　by PRO SE

*Defendant*
----------------------
**BNY MELLON SERVICOS FINANCEIROS DISTRIBUIDORA DE TITULOS E VALORES MOBILIARIOS S.A.**　　represented **BNY MELLON SERVICOS FINANCEIROS DISTRIBUIDORA DE TITULOS E VALORES MOBILIARIOS S.A.**
　　　　　　　　　　　　　　　　　by PRO SE

*Defendant*
----------------------
**THE BANK OF NEW YORK MELLON**　　represented **Alison Eggers**
　　　　　　　　　　　　　　　　　by Seaport East
　　　　　　　　　　　　　　　　　　　Two Seaport Lane
　　　　　　　　　　　　　　　　　　　Suite 300
　　　　　　　　　　　　　　　　　　　Boston, MA 02210-2028
　　　　　　　　　　　　　　　　　　　(617) 946-4800
　　　　　　　　　　　　　　　　　　　Fax : (617) 946-4801
　　　　　　　　　　　　　　　　　　　Email: aeggers@seyfarth.com
　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*

　　　　　　　　　　　　　　　　　**Steven Paradise**
　　　　　　　　　　　　　　　　　Seyfarth Shaw LLP
　　　　　　　　　　　　　　　　　620 Eighth Avenue
　　　　　　　　　　　　　　　　　New York, NY 10018
　　　　　　　　　　　　　　　　　212-218-5500
　　　　　　　　　　　　　　　　　Email: sparadise@rkollp.com

*Defendant*
----------------------
**ZECA OLIVEIRA**　　represented **ZECA OLIVEIRA**
　　　　　　　　　　　　　　　　　by PRO SE

*Defendant*
----------------------
**Jose Carlos Lopes Xavier De Oliveira,** *a/k/a*　　represented **Jose Carlos Lopes Xavier De Oliveira**
　　　　　　　　　　　　　　　　　by PRO SE

Zeca Oliveira

*Defendant*
-----------------------
**Victrix Partners S.A., Postalis - Instituto de seguridade social dos Correiois e Telegrafos**    represented by    **Victrix Partners S.A., Postalis - Instituto de seguridade social dos Correiois e Telegrafos**
PRO SE

| Filing Date | # | Docket Text |
|---|---|---|
| 04/07/2017 | 1<br>(35 pgs) | Adversary case 17-01051. Complaint against ATG AMERICAS TRADING GROUP S.A. (formerly known as MARCO POLO LATIN AMERICA S.A.), FERNANDO COHEN, ARTHUR MACHADO, VICTRIX PARTNERS S.A., POSTALIS INSTITUTO DE SEGURIDADE SOCIAL DOS CORREIOIS E TELEGRAFOS, ETB FUNDO DE INVESTIMENTO E PARTICIPACOES (CVM ID NO. 379-4), BNY MELLON SERVICOS FINANCEIROS DISTRIBUIDORA DE TITULOS E VALORES MOBILIARIOS S.A., THE BANK OF NEW YORK MELLON, ZECA OLIVEIRA (Fee Amount $ 350.). Nature(s) of Suit: (14 (Recovery of money/property - other)), (11 (Recovery of money/property - 542 turnover of property)) Filed by Steven R. Schoenfeld on behalf of Marco Polo Capital Markets LLC, MARCO POLO NETWORK INC. (Schoenfeld, Steven) (Entered: 04/07/2017) |
| 04/07/2017 | | Receipt of Complaint(17-01051-scc) [cmp,cmp] ( 350.00) Filing Fee. Receipt number 11803386. Fee amount 350.00. (Re: Doc # 1) (U.S. Treasury) (Entered: 04/07/2017) |
| 04/10/2017 | 2<br>(2 pgs) | Summons with Notice of Pre-Trial Conference issued by Clerk's Office with Pre-Trial Conference set for 5/19/2017 at 10:00 AM at Courtroom 623 (SCC), Answer due by 5/10/2017, (Ortiz, Carmen) (Entered: 04/10/2017) |
| 05/17/2017 | 3<br>(2 pgs) | Notice of Adjournment of Hearing *on Pretrial Conference in this Adversary Proceeding Sine Die* filed by Steven R. Schoenfeld on behalf of MARCO POLO NETWORK INC, Marco Polo Capital Markets LLC. (Schoenfeld, Steven) (Entered: 05/17/2017) |
| 05/19/2017 | | Request for a Subsequent Summons filed by Steven R. Schoenfeld on behalf of MARCO POLO NETWORK INC, Marco Polo Capital Markets LLC. (Schoenfeld, Steven) (Entered: 05/19/2017) |
| 05/19/2017 | 4<br>(2 pgs) | **Second** Summons with Notice of Pre-Trial Conference issued by Clerk's Office with Pre-Trial Conference set for 7/13/2017 at 02:00 PM at Courtroom 623 (SCC), Answer due by 6/19/2017, (Ortiz, Carmen) (Entered: 05/19/2017) |
| 05/24/2017 | 5<br>(3 pgs) | Affidavit of Service *of Dion Hamlin* Filed by Steven R. Schoenfeld on behalf of MARCO POLO NETWORK INC. (Schoenfeld, Steven) (Entered: 05/24/2017) |
| 05/31/2017 | 6<br>(2 pgs) | Corporate Ownership Statement . Corporate parents added to case: Marco Polo Network Inc. Filed by Steven R. Schoenfeld on behalf of MARCO POLO NETWORK INC, Marco Polo Capital Markets LLC. (Schoenfeld, Steven) (Entered: 05/31/2017) |
| 06/07/2017 | | Request for a Third Summons filed by Steven R. Schoenfeld on behalf of MARCO POLO NETWORK INC, Marco Polo Capital Markets LLC. (Schoenfeld, Steven) (Entered: 06/07/2017) |
| 06/07/2017 | 7<br>(2 pgs) | **Third** Summons with Notice of Pre-Trial Conference issued by Clerk's Office with Pre-Trial Conference set for 7/13/2017 at 02:00 PM at Courtroom 623 (SCC), Answer due by 7/7/2017, (Braithwaite, Kenishia) (Entered: 06/07/2017) |
| 06/09/2017 | 8<br>(2 pgs) | Notice of Appearance in Adversary Proceeding filed by Jason Koral on behalf of MARCO POLO NETWORK INC, Marco Polo Capital Markets LLC. (Koral, Jason) (Entered: 06/09/2017) |
| 06/13/2017 | 9<br>(2 pgs) | Affidavit of Service *for Third Summns and Notice of Pretrail Conference in an Adversary Proceeding and the Adversary Complaint* (related document(s)7) Filed by Steven R. Schoenfeld on behalf of MARCO POLO NETWORK INC, Marco Polo Capital Markets LLC. (Schoenfeld, Steven) (Entered: 06/13/2017) |
| 06/13/2017 | 10<br>(2 pgs) | Affidavit of Service *of Third Summons and Notice of Pretrial Conference in an Adversary Proceeding and the Adversary Complaint* (related document(s)7) Filed by Steven R. Schoenfeld on behalf of MARCO POLO NETWORK INC, Marco Polo Capital Markets LLC. (Schoenfeld, Steven) (Entered: 06/13/2017) |
| 06/15/2017 | 11<br>(1 pg) | Affidavit of Service *of Bank of New York Mellon* filed by Jason Koral on behalf of MARCO POLO NETWORK INC, Marco Polo Capital Markets LLC. (Koral, Jason) (Entered: 06/15/2017) |
| 06/23/2017 | 12<br>(16 pgs; 4 docs) | Motion to Extend Time *to Complete Service and Related Relief* filed by Steven R. Schoenfeld on behalf of MARCO POLO NETWORK INC, Marco Polo Capital Markets LLC. (Attachments: # 1 Exhibit "A" Proposed Order # 2 Declaration of Steven R. Schoenfeld in Support of Plaintiffs' Motion # 3 Declaration of Jason M. Koral in Support of Plaintiffs' Motion) (Schoenfeld, Steven) (Entered: 06/23/2017) |
| 06/23/2017 | 13<br>(6 pgs; 2 docs) | Notice of Presentment *on Plaintiffs' Motion for an Order Granting an Extension of Time to Complete Service and Related Relief* (related document(s)12) filed by Steven R. Schoenfeld on behalf of MARCO POLO NETWORK INC, |

| | | |
|---|---|---|
| | | Marco Polo Capital Markets LLC. with presentment to be held on 7/11/2017 at 12:00 PM at Courtroom 623 (SCC) (Attachments: # 1 Affidavit of Service)(Schoenfeld, Steven) (Entered: 06/23/2017) |
| 07/10/2017 | 14 (1 pg) | Letter *to Honorable Shelley C. Chapman* Filed by Steven R. Schoenfeld on behalf of MARCO POLO NETWORK INC, Marco Polo Capital Markets LLC. (Schoenfeld, Steven) (Entered: 07/10/2017) |
| 07/11/2017 | 15 (2 pgs) | Order Granting Plaintiffs' Motion to Enlarge the Time to Complete Service (Related Doc # 12) signed on 7/11/2017 (White, Greg) (Entered: 07/11/2017) |
| 07/12/2017 | 16 (3 pgs) | Stipulation *Extending The Bank of New York Mellon's Time to Answer, Move or Otherwise Respond to the Adversary Complaint* (related document(s)1) Filed by Steven Paradise on behalf of THE BANK OF NEW YORK MELLON. (Paradise, Steven) (Entered: 07/12/2017) |
| 07/13/2017 | 17 (3 pgs) | So Ordered Stipulation Extending Time to Answer, Move or Otherwise Respond to the Adversary Complaint signed on 7/13/2017 (White, Greg) (Entered: 07/13/2017) |
| 09/12/2017 | 18 (3 pgs) | Stipulation *Extending The Bank of New York Mellon's Time to Answer, Move or Otherwise Respond to the Adversary Complaint* Filed by Steven Paradise on behalf of THE BANK OF NEW YORK MELLON. (Paradise, Steven) (Entered: 09/12/2017) |
| 09/13/2017 | 19 (3 pgs) | So Ordered Stipulation Extending Time to Answer, Move or Otherwise Respond to the Adversary Complaint signed on 9/13/2017 (White, Greg) (Entered: 09/13/2017) |
| 09/27/2017 | 20 (2 pgs) | Notice of Adjournment of Hearing *(Pretrial Conference) in this Adversary Proceeding* filed by Steven R. Schoenfeld on behalf of MARCO POLO NETWORK INC, Marco Polo Capital Markets LLC. (Schoenfeld, Steven) (Entered: 09/27/2017) |
| 11/07/2017 | 21 (3 pgs) | Stipulation *Extending The Bank of New York Mellon's Time to Answer, Move or Otherwise Respond to the Adversary Complaint* Filed by Steven Paradise on behalf of THE BANK OF NEW YORK MELLON. (Paradise, Steven) (Entered: 11/07/2017) |
| 11/15/2017 | 22 (3 pgs) | So Ordered Stipulation Extending Time to Answer, Move or Otherwise Respond to the Adversary Complaint signed on 11/15/2017 (White, Greg) (Entered: 11/15/2017) |
| 12/01/2017 | 23 (2 pgs; 2 docs) | Notice of Adjournment of Pretrial Conference; with hearing to be held on 2/13/2018 at 10:00 AM at Courtroom 623 (SCC) (White, Greg) (Entered: 12/01/2017) |
| 12/03/2017 | 24 (2 pgs) | Certificate of Mailing. (related document(s) (Related Doc # 23)) . Notice Date 12/03/2017. (Admin.) (Entered: 12/04/2017) |
| 12/21/2017 | | Request for a Fourth Summons filed by Steven R. Schoenfeld on behalf of MARCO POLO NETWORK INC, Marco Polo Capital Markets LLC. (Schoenfeld, Steven) (Entered: 12/21/2017) |
| 12/21/2017 | 25 (2 pgs) | **Fourth** Summons with Notice of Pre-Trial Conference issued by Clerk's Office with Pre-Trial Conference set for 2/13/2018 at 10:00 AM at Courtroom 623 (SCC), Answer due by 1/22/2018 (Cales, Humberto) (Entered: 12/21/2017) |
| 12/26/2017 | 26 (2 pgs) | Affidavit of Service (related document(s)) Filed by Steven R. Schoenfeld on behalf of MARCO POLO NETWORK INC, Marco Polo Capital Markets LLC. (Schoenfeld, Steven) (Entered: 12/26/2017) |
| 12/27/2017 | 27 (20 pgs; 5 docs) | Notice of Presentment *of Plaintiffs' Second Motion for an Order Granting an Extension of Time to Complete Service and Related Relief* filed by Steven R. Schoenfeld on behalf of MARCO POLO NETWORK INC, Marco Polo Capital Markets LLC. with presentment to be held on 1/11/2018 at 12:00 PM at Courtroom 623 (SCC) (Attachments: # 1 Second Motion # 2 Exhibit "A" - Proposed Order # 3 Declaration of Steven R. Schoenfeld # 4 Declaration of Jason M. Koral)(Schoenfeld, Steven) (Entered: 12/27/2017) |
| 12/27/2017 | 29 | Motion to Extend Time *This Administrative Entry was Entered for Docketing Purposes re: Document No. 27* filed by Clerks Office of the U.S. Bankruptcy Court. (White, Greg) (Entered: 01/11/2018) |
| 12/28/2017 | 28 (3 pgs) | Affidavit of Service *Fourth Summons and Notice of Pretrial Conference in an Adversary Proceeding and Adversary Complaint* Filed by Steven R. Schoenfeld on behalf of MARCO POLO NETWORK INC, Marco Polo Capital Markets LLC. (Schoenfeld, Steven) (Entered: 12/28/2017) |
| 01/11/2018 | 30 (2 pgs) | Order Granting Plaintiffs' Second Motion to Enlarge the Time to Complete Service (Related Doc # 27) signed on 1/11/2018 (White, Greg) (Entered: 01/11/2018) |
| 01/22/2018 | 31 (3 pgs) | Stipulation *Extending The Bank of New York Mellon's Time to Answer, Move or Otherwise Respond to the Adversary Complaint* Filed by Steven Paradise on behalf of THE BANK OF NEW YORK MELLON. (Paradise, Steven) (Entered: 01/22/2018) |
| 01/23/2018 | 32 (3 pgs) | So Ordered Stipulation Extending Time to Answer, Move or Otherwise Respond to the Adversary Complaint signed on 1/22/2018 (White, Greg) (Entered: 01/23/2018) |
| 02/02/2018 | 33 (2 pgs; 2 docs) | Notice of Adjournment of Pretrial Conference; with hearing to be held on 6/20/2018 at 10:00 AM at Courtroom 623 (SCC) (White, Greg) (Entered: 02/02/2018) |

| Date | Doc # | Description |
|---|---|---|
| 02/04/2018 | 34 (2 pgs) | Certificate of Mailing. (related document(s) (Related Doc # 33)) . Notice Date 02/04/2018. (Admin.) (Entered: 02/05/2018) |
| 02/07/2018 | 35 (2 pgs) | So Ordered Stipulation Extending Time to Answer, Move or Otherwise Respond to the Adversary Complaint signed on 2/7/2018 (White, Greg) (Entered: 02/07/2018) |
| 02/07/2018 | 36 (2 pgs) | Notice of Appearance in Adversary Proceeding filed by Robert Leslie Rattet on behalf of FERNANDO COHEN. (Rattet, Robert) (Entered: 02/07/2018) |
| 05/09/2018 | 37 (2 pgs) | Notice of Appearance *on Behalf of Fernando Cohen with Rattet PLLC* filed by James B. Glucksman on behalf of FERNANDO COHEN. (Glucksman, James) (Entered: 05/09/2018) |
| 05/09/2018 | 38 (2 pgs) | Stipulation *and Proposed Order Extending Time for Fernando Cohen to Answer or Otherwise Move* Filed by Steven R. Schoenfeld on behalf of MARCO POLO NETWORK INC, Marco Polo Capital Markets LLC. (Schoenfeld, Steven) (Entered: 05/09/2018) |
| 05/09/2018 | 39 (3 pgs) | Stipulation *Extending The Bank of New York Mellon's Time to Answer, Move or Otherwise Respond to the Adversary Complaint* Filed by Steven Paradise on behalf of THE BANK OF NEW YORK MELLON. (Paradise, Steven) (Entered: 05/09/2018) |
| 05/16/2018 | 40 (3 pgs) | So Ordered Stipulation Extending Time to Answer, Move or Otherwise Respond to the Adversary Complaint signed on 5/16/2018 (White, Greg) (Entered: 05/16/2018) |
| 05/31/2018 | 41 (2 pgs) | So Ordered Stipulation Extending Time for Fernando Cohen to Answer or Otherwise Move signed on 5/31/2018 (White, Greg) (Entered: 05/31/2018) |
| 07/06/2018 | 42 (21 pgs; 5 docs) | Notice of Presentment *of Plaintiffs' Third Motion for an Order Granting an Extension of Time to Complete Service and Related Relief* filed by Steven R. Schoenfeld on behalf of MARCO POLO NETWORK INC, Marco Polo Capital Markets LLC. with presentment to be held on 7/17/2018 at 12:00 PM at Courtroom 623 (SCC) (Attachments: # 1 Plaintiffs' Third Motion # 2 Exhibit "A" - Proposed Order # 3 Schoenfeld Declaration # 4 Koral Declaration) (Schoenfeld, Steven) (Entered: 07/06/2018) |
| 07/10/2018 | 43 (3 pgs) | Affidavit of Service *re: Notice of Presentment of Plaintiffs' Third Motion for an Order Granting an Extension of Time to Complete Service and Related Relief together with Motion and related exhibits* (related document(s)42) Filed by Steven R. Schoenfeld on behalf of MARCO POLO NETWORK INC, Marco Polo Capital Markets LLC. (Schoenfeld, Steven) (Entered: 07/10/2018) |
| 07/12/2018 |  | Request for a Fifth Summons filed by Steven R. Schoenfeld on behalf of MARCO POLO NETWORK INC, Marco Polo Capital Markets LLC. (Schoenfeld, Steven) (Entered: 07/12/2018) |
| 07/12/2018 | 44 (1 pg) | **Fifth** Summons and Notice of Pre-Trial Conference against ATG AMERICAS TRADING GROUP S.A. (formerly known as MARCO POLO LATIN AMERICA S.A.) ; BNY MELLON SERVICOS FINANCEIROS DISTRIBUIDORA DE TITULOS E VALORES MOBILIARIOS S.A. ; FERNANDO COHEN ; ETB FUNDO DE INVESTIMENTO E PARTICIPACOES (CVM ID NO. 379-4) ; ARTHUR MACHADO ; ZECA OLIVEIRA ; POSTALIS INSTITUTO DE SEGURIDADE SOCIAL DOS CORREIOIS E TELEGRAFOS ; THE BANK OF NEW YORK MELLON ; VICTRIX PARTNERS S.A. (Ortiz, Carmen) (Entered: 07/12/2018) |
| 07/13/2018 | 45 (3 pgs) | Stipulation *Extending The Bank of New York Mellon's Time to Answer, Move or Otherwise Respond to the Adversary Complaint* Filed by Steven Paradise on behalf of THE BANK OF NEW YORK MELLON. (Paradise, Steven) (Entered: 07/13/2018) |
| 07/16/2018 | 46 (2 pgs) | So Ordered Stipulation Extending Time for Fernando Cohen to Answer or Otherwise Move signed on 7/16/2018 (White, Greg) (Entered: 07/16/2018) |
| 07/16/2018 | 47 (3 pgs) | So Ordered Stipulation Extending Time to Answer, Move or Otherwise Respond to the Adversary Complaint signed on 7/16/2018 (White, Greg) (Entered: 07/16/2018) |
| 07/17/2018 | 48 (2 pgs) | Order Granting Plaintiffs' Third Motion to Enlarge the Time to Complete Service signed on 7/17/2018 (White, Greg) (Entered: 07/17/2018) |
| 08/08/2018 | 49 (3 pgs) | So Ordered Stipulation Extending Time to Answer, Move or Otherwise Respond to the Adversary Complaint signed on 8/8/2018 (White, Greg) (Entered: 08/08/2018) |
| 09/24/2018 | 50 (4 pgs) | Stipulation *Extending The Bank of New York Mellon's Time to Answer, Move or Otherwise Respond to the Adversary Complaint* Filed by Steven Paradise on behalf of THE BANK OF NEW YORK MELLON. (Paradise, Steven) (Entered: 09/24/2018) |
| 09/25/2018 | 51 (2 pgs) | So Ordered Stipulation Extending Time for Fernando Cohen to Answer or Otherwise Move signed on 9/25/2018 (White, Greg) (Entered: 09/25/2018) |
| 09/25/2018 | 52 (2 pgs; 2 docs) | Notice of Adjournment of Pretrial Conference, with hearing to be held on 1/8/2019 at 10:00 AM at Courtroom 623 (SCC) (White, Greg) (Entered: 09/25/2018) |
| 09/27/2018 | 53 (4 pgs) | So Ordered Stipulation Extending Time to Answer, Move or Otherwise Respond to the Adversary Complaint signed on 9/27/2018 (White, Greg) (Entered: 09/27/2018) |

| | | |
|---|---|---|
| 09/27/2018 | 54 (2 pgs) | Certificate of Mailing. (related document(s) (Related Doc # 52)) . Notice Date 09/27/2018. (Admin.) (Entered: 09/28/2018) |
| 12/07/2018 | 55 (4 pgs) | Stipulation *Extending Time To Answer, Move Or Otherwise Respond To The Adversary Complaint* Filed by Steven Paradise on behalf of THE BANK OF NEW YORK MELLON. (Paradise, Steven) (Entered: 12/07/2018) |
| 12/11/2018 | 56 (9 pgs; 3 docs) | Notice of Presentment *of Plaintiffs' Motion for an Order Granting a Further Extension of Time to Complete Service and Related Relief* filed by Steven R. Schoenfeld on behalf of MARCO POLO NETWORK INC, Marco Polo Capital Markets LLC. with presentment to be held on 12/18/2018 at 12:00 PM at Courtroom 623 (SCC) (Attachments: # 1 Motion # 2 Proposed Order)(Schoenfeld, Steven) (Entered: 12/11/2018) |
| 12/11/2018 | 59 | Motion to Extend Time *This Administrative Entry was Entered for Docketing Purposes re: Document No. 56* filed by Clerks Office of the U.S. Bankruptcy Court. (White, Greg) (Entered: 12/20/2018) |
| 12/12/2018 | 57 (4 pgs) | So Ordered Stipulation Extending Time to Answer, Move or Otherwise Respond to the Adversary Complaint signed on 12/12/2018 (White, Greg) (Entered: 12/12/2018) |
| 12/12/2018 | 58 (4 pgs) | So Ordered Stipulation Extending Time for Fernando Cohen to Answer or Otherwise Move signed on 12/12/2018 (White, Greg) (Entered: 12/12/2018) |
| 12/20/2018 | 60 (2 pgs) | Order Granting Plaintiffs' Motion to Further Enlarge the Time to Complete Service (Related Doc # 59 ) signed on 12/19/2018 (White, Greg) (Entered: 12/20/2018) |
| 12/20/2018 | 61 (2 pgs; 2 docs) | Notice of Adjournment of Pretrial Conference; with hearing to be held on 3/14/2019 at 10:00 AM at Courtroom 623 (SCC) (White, Greg) (Entered: 12/20/2018) |
| 12/22/2018 | 62 (2 pgs) | Certificate of Mailing. (related document(s) (Related Doc # 61)) . Notice Date 12/22/2018. (Admin.) (Entered: 12/23/2018) |
| 02/25/2019 | 63 (3 pgs) | So Ordered Stipulation Extending Time to Answer, Move or Otherwise Respond to the Adversary Complaint signed on 2/20/2019 (White, Greg) (Entered: 02/25/2019) |
| 02/25/2019 | 64 (2 pgs) | So Ordered Stipulation Extending Time for Fernando Cohen to Answer or Otherwise Move signed on 2/20/2019 (White, Greg) (Entered: 02/25/2019) |
| 03/12/2019 | 65 (2 pgs) | Notice of Appearance in Adversary Proceeding filed by Tara Jordan Plochocki on behalf of FERNANDO COHEN. (Plochocki, Tara) (Entered: 03/12/2019) |
| 03/13/2019 | 66 (2 pgs) | Notice of Appearance in Adversary Proceeding filed by Adam S. Kaufmann on behalf of FERNANDO COHEN. (Kaufmann, Adam) (Entered: 03/13/2019) |
| 04/29/2019 | 67 (2 pgs) | Notice of Appearance filed by Jeffrey M. Eilender on behalf of MARCO POLO NETWORK INC, Marco Polo Capital Markets LLC. (Eilender, Jeffrey) (Entered: 04/29/2019) |
| 04/29/2019 | 68 (2 pgs) | Notice of Appearance filed by John Lundin on behalf of MARCO POLO NETWORK INC, Marco Polo Capital Markets LLC. (Lundin, John) (Entered: 04/29/2019) |
| 05/02/2019 | 69 (2 pgs) | Notice of Appearance filed by Joshua David Wurtzel on behalf of MARCO POLO NETWORK INC, Marco Polo Capital Markets LLC. (Wurtzel, Joshua) (Entered: 05/02/2019) |
| 05/07/2019 | 70 (1 pg) | Letter *to Honorable Shelly C. Chapman* Filed by Steven R. Schoenfeld on behalf of MARCO POLO NETWORK INC, Marco Polo Capital Markets LLC. (Schoenfeld, Steven) (Entered: 05/07/2019) |
| 06/07/2019 | 71 (8 pgs; 3 docs) | Notice of Presentment *of plaintiffs' motion for an order granting a further extension of time to complete service related relief* filed by Jeffrey M. Eilender on behalf of Marco Polo Capital Markets LLC. (Attachments: # 1 Exhibit Motion # 2 Exhibit Proposed Order)(Eilender, Jeffrey) (Entered: 06/07/2019) |
| 06/07/2019 | 72 | Motion to Extend Time *This Administrative Entry was Entered for Docketing Purposes re: Document No. 71* filed by Clerks Office of the U.S. Bankruptcy Court. (White, Greg) (Entered: 06/19/2019) |
| 06/19/2019 | 73 (2 pgs) | Order Granting Plaintiffs' Motion to Further Enlarge the Time to Complete Service (Related Doc # 71) signed on 6/19/2019 (White, Greg) (Entered: 06/19/2019) |
| 06/27/2019 | 74 (49 pgs) | Amended Complaint against Jose Carlos Lopes Xavier De Oliveira, THE BANK OF NEW YORK MELLON, Victrix Partners S.A., Postalis - Instituto de seguridade social dos Correiois e Telegrafos, ATG AMERICAS TRADING GROUP S.A. (formerly known as MARCO POLO LATIN AMERICA S.A.), BNY MELLON SERVICOS FINANCEIROS DISTRIBUIDORA DE TITULOS E VALORES MOBILIARIOS S.A., FERNANDO COHEN, ETB FUNDO DE INVESTMENTO E PARTICIPACOES (CVM ID NO. 379-4) (related document(s)1) Filed by Jeffrey M. Eilender on behalf of MARCO POLO NETWORK INC, Marco Polo Capital Markets LLC. (Eilender, Jeffrey) (Entered: 06/27/2019) |
| 07/09/2019 | | Request for a Amended Summons filed by Jeffrey M. Eilender on behalf of MARCO POLO NETWORK INC, Marco Polo Capital Markets LLC. (Eilender, Jeffrey) (Entered: 07/09/2019) |

1/2/2020    New York Southern Live System

Case 1:20-cv-00167-UA    Document 1    Filed 01/08/20    Page 12 of 14

| Date | Doc # | Description |
|---|---|---|
| 07/10/2019 | 75 (2 pgs) | **Sixth** Summons and Notice of Pre-Trial Conference against ATG AMERICAS TRADING GROUP S.A. (formerly known as MARCO POLO LATIN AMERICA S.A.) ; BNY MELLON SERVICOS FINANCEIROS DISTRIBUIDORA DE TITULOS E VALORES MOBILIARIOS S.A. ; FERNANDO COHEN ; Jose Carlos Lopes Xavier De Oliveira ; ETB FUNDO DE INVESTIMENTO E PARTICIPACOES (CVM ID NO. 379-4) ; ARTHUR MACHADO ; ZECA OLIVEIRA ; POSTALIS INSTITUTO DE SEGURIDADE SOCIAL DOS CORREIOIS E TELEGRAFOS ; THE BANK OF NEW YORK MELLON ; VICTRIX PARTNERS S.A. ; Victrix Partners S.A., Postalis - Instituto de seguridade social dos Correiois e Telegrafos . (Ortiz, Carmen) (Entered: 07/10/2019) |
| 07/15/2019 | 76 (44 pgs; 3 docs) | Notice of Presentment *of Plaintiffs' motion for issuance of Letters Rogatory* filed by Jeffrey M. Eilender on behalf of MARCO POLO NETWORK INC, Marco Polo Capital Markets LLC. with presentment to be held on 7/19/2019 at 12:00 PM at Courtroom 623 (SCC) Objections due by 7/19/2019, (Attachments: # 1 Motion # 2 Proposed Order) (Eilender, Jeffrey) (Entered: 07/15/2019) |
| 07/15/2019 | 77 (1 pg) | Affidavit of Service *ATG Americas Trading Group, S.A. of Sixth Summons and Notice of Pretrial Conference in an Adversary Proceeding and Amended Adversary Complaint* Filed by Jeffrey M. Eilender on behalf of MARCO POLO NETWORK INC, Marco Polo Capital Markets LLC. (Eilender, Jeffrey) (Entered: 07/15/2019) |
| 07/15/2019 | 79 | Motion to Approve *This Administrative Entry was Entered for Docketing Purposes re: Document No. 76* filed by Clerks Office of the U.S. Bankruptcy Court. (White, Greg) (Entered: 07/23/2019) |
| 07/17/2019 | 78 (51 pgs; 3 docs) | Amended Notice of Presentment (related document(s)76) filed by Jeffrey M. Eilender on behalf of MARCO POLO NETWORK INC, Marco Polo Capital Markets LLC. (Attachments: # 1 Exhibit Motion # 2 Exhibit Proposed Order with Proposed Letters Rogatory)(Eilender, Jeffrey) (Entered: 07/17/2019) |
| 07/23/2019 | 80 (38 pgs; 7 docs) | Order Granting Plaintiffs' Motion for Issuance of Letters Rogatory (Related Doc # 76) signed on 7/23/2019 (White, Greg) (Entered: 07/23/2019) |
| 09/19/2019 | 81 (3 pgs) | Stipulation *and Order Extending Time to Answer/Move in Response to the Amended Adversary Complaint, Briefing Schedule* (related document(s)74) Filed by Jeffrey M. Eilender on behalf of MARCO POLO NETWORK INC, Marco Polo Capital Markets LLC. (Eilender, Jeffrey) (Entered: 09/19/2019) |
| 09/20/2019 | 82 (48 pgs; 3 docs) | Motion to Dismiss Adversary Proceeding filed by Steven Paradise on behalf of THE BANK OF NEW YORK MELLON. (Attachments: # 1 Memorandum of Law in Support # 2 Proposed Order) (Paradise, Steven) (Entered: 09/20/2019) |
| 09/20/2019 | 83 (3 pgs) | Statement */ Notice of Intent to Raise an Issue Concerning Foreign Law Pursuant to FRCP 44.1* filed by Steven Paradise on behalf of THE BANK OF NEW YORK MELLON. (Paradise, Steven) (Entered: 09/20/2019) |
| 09/20/2019 | 84 (41 pgs; 8 docs) | Declaration *of Steven Paradise in Support of Defendant The Bank of New York Mellon's Notice of Intent to Raise an Issue Concerning Foreign Law Pursuant to FRCP 44.1* filed by Steven Paradise on behalf of THE BANK OF NEW YORK MELLON. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G) (Paradise, Steven) (Entered: 09/20/2019) |
| 09/20/2019 | 85 (240 pgs; 13 docs) | Motion to Dismiss Adversary Proceeding filed by Tara Jordan Plochocki on behalf of FERNANDO COHEN. (Attachments: # 1 Memorandum of Law in Support of Motion # 2 Proposed Order # 3 Declaration of Eliana Baraldi in Support of Motion # 4 Declaration of Martin Fernando Cohen # 5 Exhibit 1 - Technology Contract # 6 Exhibit 2 - Investment Agreement # 7 Exhibit 3 - Share Purchase Agreement # 8 Exhibit 4 - Binding Terms # 9 Exhibit 5 - Cohen Signed Contract Letter # 10 Exhibit 6 - Final Contract MPCM # 11 Exhibit 7 - Promissory Note # 12 Exhibit 8 - Marco Polo Network v 75 Broad Complaint) (Plochocki, Tara) (Entered: 09/20/2019) |
| 09/20/2019 | 86 (2 pgs) | Notice of Appearance in Adversary Proceeding filed by Judd Robert Spray on behalf of ATG AMERICAS TRADING GROUP S.A. (formerly known as MARCO POLO LATIN AMERICA S.A.). (Spray, Judd) (Entered: 09/20/2019) |
| 09/20/2019 | 87 (2 pgs) | Motion to Dismiss Adversary Proceeding *or, In the Alternative, To Stay Litigation and Compel Arbitration* filed by Judd Robert Spray on behalf of ATG AMERICAS TRADING GROUP S.A. (formerly known as MARCO POLO LATIN AMERICA S.A.). Responses due by 10/22/2019, (Spray, Judd) (Entered: 09/20/2019) |
| 09/20/2019 | 88 (36 pgs) | ~~Motion to Dismiss Adversary Proceeding~~ Memorandum of Law In Support of Motion to Dismiss Amended Complaint or, Alternatively, to Stay Litigation and Compel Arbitration (Related Document 87) filed by Judd Robert Spray on behalf of ATG AMERICAS TRADING GROUP S.A. (formerly known as MARCO POLO LATIN AMERICA S.A.). (Spray, Judd) Modified on 9/24/2019 (Richards, Beverly). (Entered: 09/20/2019) |
| 09/21/2019 | 89 (4 pgs) | ~~Motion to Dismiss Adversary Proceeding~~ Declaration of Francisco Gurgel in Support of Motion to Dismiss Amended Complaint or, Alternatively, to Stay Litigation and Compel Arbitration (Related Document 87) filed by Judd Robert Spray on behalf of ATG AMERICAS TRADING GROUP S.A. (formerly known as MARCO POLO LATIN AMERICA S.A.). (Spray, Judd) Modified on 9/24/2019 (Richards, Beverly). (Entered: 09/21/2019) |
| 09/23/2019 | 90 (2 pgs) | Notice of Appearance in Adversary Proceeding filed by A. Mackenna White on behalf of FERNANDO COHEN. (White, A. Mackenna) (Entered: 09/23/2019) |
| 10/11/2019 | 91 (10 pgs; 3 docs) | Notice of Presentment *of Schlam Stone & Dolan LLPs Motion to Withdraw as Counsel for Plaintiffs and for an Immediate Interim Stay* filed by Jeffrey M. Eilender on behalf of MARCO POLO NETWORK INC, Marco Polo Capital Markets LLC. with presentment to be held on 10/18/2019 at 12:00 PM at Courtroom 623 (SCC) Objections due by 10/18/2019, (Attachments: # 1 Motion # 2 Proposed Order)(Eilender, Jeffrey) (Entered: 10/11/2019) |
| 10/11/2019 | 101 | Motion to Withdraw as Attorney *This Administrative Entry was Entered for Docketing Purposes re: Document No. 91* filed by Clerks Office of the U.S. Bankruptcy Court. (White, Greg) (Entered: 12/05/2019) |

https://ecf.nysb.uscourts.gov/cgi-bin/DktRpt.pl?968342344708916-L_1_0-1    8/10

| | | |
|---|---|---|
| 10/18/2019 | [92](#) (37 pgs) | Opposition Brief filed by Judd Robert Spray on behalf of ATG AMERICAS TRADING GROUP S.A. (formerly known as MARCO POLO LATIN AMERICA S.A.). (Spray, Judd) (Entered: 10/18/2019) |
| 10/18/2019 | [93](#) (2 pgs) | Response (related document(s)92, 91) filed by Jeffrey M. Eilender on behalf of MARCO POLO NETWORK INC, Marco Polo Capital Markets LLC. (Eilender, Jeffrey) (Entered: 10/18/2019) |
| 10/29/2019 | [94](#) (2 pgs; 2 docs) | Notice of Hearing (related document(s)91); with hearing to be held on 11/6/2019 at 10:00 AM at Courtroom 623 (SCC) (White, Greg) (Entered: 10/29/2019) |
| 10/31/2019 | [95](#) (3 pgs) | Certificate of Mailing. (related document(s) (Related Doc # 94)) . Notice Date 10/31/2019. (Admin.) (Entered: 11/01/2019) |
| 11/01/2019 | 100 | Transcript regarding Hearing Held on 5/13/2019 11:23 AM RE: Pretrial conference. Remote electronic access to the transcript is restricted until 1/30/2020. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: U.S. Legal Support.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 11/8/2019. Statement of Redaction Request Due By 11/22/2019. Redacted Transcript Submission Due By 12/2/2019. Transcript access will be restricted through 1/30/2020. (Ortiz, Carmen) (Entered: 12/04/2019) |
| 11/05/2019 | [96](#) (2 pgs; 2 docs) | Notice of Adjournment of Hearing (related document(s)91); with hearing to be held on 11/12/2019 at 11:00 AM at Courtroom 623 (SCC) (White, Greg) (Entered: 11/05/2019) |
| 11/07/2019 | [97](#) (3 pgs) | Certificate of Mailing. (related document(s) (Related Doc # 96)) . Notice Date 11/07/2019. (Admin.) (Entered: 11/08/2019) |
| 11/13/2019 | [98](#) (4 pgs) | Application for Pro Hac Vice Admission filed by Alison Eggers on behalf of THE BANK OF NEW YORK MELLON. Filing fee collected, receipt #205233. (Porter, Minnie) (Entered: 11/13/2019) |
| 11/14/2019 | [99](#) (2 pgs) | Order Granting Application for Pro Hac Vice Admission of Alison Eggers (Related Doc # 98) signed on 11/14/2019 (White, Greg) (Entered: 11/14/2019) |
| 12/05/2019 | [102](#) (3 pgs) | Order Granting Schlam Stone & Dolan LLP's Motion to Withdraw (Related Doc # 91) signed on 12/5/2019 (White, Greg) (Entered: 12/05/2019) |
| 12/12/2019 | [103](#) (3 pgs) | Letter *to Honorable Shelley C. Chapman Providing Case Status* Filed by Steven R. Schoenfeld on behalf of MARCO POLO NETWORK INC, Marco Polo Capital Markets LLC. (Schoenfeld, Steven) (Entered: 12/12/2019) |
| 12/13/2019 | 104 | **(Incorrect PDF File Submitted)** Letter *dated December 13, 2019 from Steven Paradise to Judge Chapman responding to Letter dated December 12, 2019 (Dkt No. 103) by former counsel for plaintiffs* Filed by Steven Paradise on behalf of THE BANK OF NEW YORK MELLON. (Paradise, Steven) Modified on 12/13/2019 (Richards, Beverly). (Entered: 12/13/2019) |
| 12/13/2019 | [105](#) (2 pgs) | Letter *from Adam S. Kaufmann to Honorable Shelley C. Chapman* Filed by Adam S. Kaufmann on behalf of FERNANDO COHEN. (Kaufmann, Adam) (Entered: 12/13/2019) |
| 12/13/2019 | [106](#) (2 pgs) | Letter *dated December 13, 2019 from Steven Paradise to Judge Chapman responding to Letter dated December 12, 2019 (Dkt No. 103) by former counsel for plaintiffs (corrected filing)* Filed by Steven Paradise on behalf of THE BANK OF NEW YORK MELLON. (Paradise, Steven) (Entered: 12/13/2019) |
| 12/13/2019 | [107](#) (1 pg) | Letter Filed by Judd Robert Spray on behalf of ATG AMERICAS TRADING GROUP S.A. (formerly known as MARCO POLO LATIN AMERICA S.A.). (Spray, Judd) (Entered: 12/13/2019) |
| 12/13/2019 | [108](#) (3 pgs) | Letter *to Honorable Shelley C. Chapman Providing Additional Case Status* (related document(s)103) Filed by Steven R. Schoenfeld on behalf of MARCO POLO NETWORK INC, Marco Polo Capital Markets LLC. (Schoenfeld, Steven) (Entered: 12/13/2019) |
| 12/18/2019 | | Adversary Case 1:17-ap-1051 Closed. This Adversary Proceeding is Closed Subject to the Filing of a Notice of Appeal Within Fourteen (14) Days of the Entry of the Order Terminating this Adversary Proceeding. (White, Greg) (Entered: 12/18/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/02/2020 15:10:35 | | | |
| **PACER Login:** | step0075 | **Client Code:** | 999991111 |
| **Description:** | Docket Report | **Search Criteria:** | 17-01051-scc Fil or Ent: filed From: 1/1/2017 To: 1/2/2020 Doc From: 0 Doc To: 99999999 Headers: included |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Format: html Page counts for documents: included |
| **Billable Pages:** | 10 | **Cost:** | 1.00 |